IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. SMITH,

   Plaintiff,      No. CIV S-09-2800 GGH P

 vs.

DORA M. RIOS,

   Defendant.    ORDER

_____/

   Plaintiff, a civil detainee proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Although under Page v. Torrey, 201 F.3d 1136, (9th Cir. 2000), a civil detainee is exempt from the requirements that he provide a copy of a prisoner trust fund account statement or that he must exhaust available administrative remedies, he remains nevertheless required to submit a request to proceed in forma pauperis along with the appropriate affidavit in support of such a request, or he may submit the appropriate filing fee.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Plaintiff shall submit, within twenty days from the date of this order, either a completed application and affidavit to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will

1  result in a recommendation that this action be dismissed; and

2      2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

3  In Forma Pauperis (by a non-prisoner civil litigant).

4  DATED: October 21, 2009

                          /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS  
                        UNITED STATES MAGISTRATE JUDGE

GGH:009/mp  
smit2800.3a

2